THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CONEY
ISLAND SODA WATER CO., INC., Respondent.

Supreme Court, Appellate Term, First Department, March 3, 1932.

*John G. Bennett, Jr., Attorney-General [Robert P. Beyer, Deputy
Assistant Attorney-General,* of counsel], for the appellant.

*John C. Judge,* for the respondent.

PER CURIAM. As the products sold by the defendant did not
contain the true fruit flavors or colors, they were adulterated
within the meaning of section 199 of the Agriculture and Markets
Law and could be sold legally only by complying with subdivision 2
of section 201 of that statute which requires in the case of imitations
the presence of a label showing the character and constituents of
the products. As no such label was affixed to the bottles sold
by the defendant, it was error to dismiss the complaint. (*People*
v. *Wyman,* 226 App. Div. 220.) (See, also, *People* v. *Cavalier*
[Appellate Term, Second Department, decided May 6, 1931, no
opinion].)

Judgment reversed and new trial ordered, with thirty dollars
costs to appellant to abide the event.

All concur; present, LYDON, FRANKENTHALER and UNTERMYER, JJ.